UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>VIRGIL L. EASTON,<br><br>    Defendant. | Case No. 12-cr- 40103-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Virgil Easton's Motion to Take Judicial Notice Fed. R. Evi. Rule 201 (Doc. 555).  Federal Rule of Evidence 201 allows the Court to take judicial notice of a fact at any stage of a criminal proceeding; however, Defendant's criminal proceeding has been completed and Defendant's Motion requests that the Court take judicial notice of an action (his request to his court appointed attorney.)  Therefore, the Defendant Virgil Easton's Motion to Take Judicial Notice Fed. R. Evi. Rule 201 (Doc. 555) is **DENIED.**

**IT IS SO ORDERED.**

**DATED:**   2/26/2015

                                            *s/J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**